IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| EDWARD HALVER, | CV 25-91-GF-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES POSTAL SERVICE, an agency of the UNITED STATES OF AMERICA, DOES 1-5 individually and collectively, | |
| Defendants. | |

The United States has filed an unopposed motion for an order authorizing disclosure of documents and materials protected by the Privacy Act, 5 U.S.C. § 552a(b)(12).

Through discovery, Plaintiff has requested production of documents and material that contain personal identifying information and other information protected by the Privacy Act. These documents and materials include, but are not limited to, medical records and other records in agency systems of records.

1

Based on the unopposed motion and with good cause appearing,

IT IS HEREBY ORDERED that, in connection with litigation of this matter,

the United States is authorized to produce or disclose documents and materials

protected by the Privacy Act, 5 U.S.C. § 552a(b)(12).

DATED this 4th day of August, 2026.


_____
John Johnston
United States Magistrate Judge